■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE CORDERO, Appellant. [864 NYS2d 378]—Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered on or about February 27, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE CANNIE, Appellant. [864 NYS2d 378]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered on or about November 29, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.